UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

CHERYL PHIFER, et al.,

    Plaintiffs,                          Case No. 1:09-cv-927

v.                                                       Hon. Janet T. Neff

MICHIGAN SPORTS GOOD
DISTRIBUTORS, INC,

    Defendant.
_____/

## ORDER APPROVING REPORT AND RECOMMENDATION

The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (Dkt. 37) is approved and adopted as the opinion of the court.

**IT IS FURTHER ORDERED** that Defendant's Motion to Dismiss (Dkt. 16) is GRANTED as to Plaintiff Terence Bank and the claims of Terence Banks are dismissed with prejudice for the reasons stated in the Report and Recommendation.


Dated: June 21, 2010                                      /s/Janet T. Neff
                                                                     Janet T. Neff
                                                                      United States District Judge